```
STEPHANIE M. HINDS (CABN 154284)
United States Attorney
MICHELLE LO (NYRN 4325163)
Chief, Civil Division
ADRIENNE ZACK (CABN 291629)
Assistant United States Attorney

     450 Golden Gate Avenue, Box 36055
     San Francisco, California 94102-3495
     Telephone: (415) 436-7031
     FAX: (415) 436-6748
     adrienne.zack@usdoj.gov
```

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| INDERDEEP SINGH MATHARU,<br><br>              Plaintiff,<br><br>     v.<br><br>ANA ESCROGIMA, Consul General, U.S. Consulate General in Montreal, *et al.*,<br><br>              Defendants. | C 5:22-cv-04572-VKD<br><br>**JOINT STATUS REPORT AND STIPULATION TO STAY PROCEEDINGS; [PROPOSED] ORDER**<br><br>Re:  Dkt. No. 12 |

The parties, through their undersigned attorneys, submit this joint status report regarding adjudication of Form I-129F, Petition for Alien Fiancée. The Consular Office that is processing Plaintiff's application has received the information requested from Plaintiff but needs additional time to complete the processing of the application.

Accordingly, the parties stipulate and request that the proceedings in this case be stayed until January 23, 2023, at which time the parties will file a joint status report with the Court. At that time, the parties may request a further continuance of the stay of proceedings, dismissal of the litigation if appropriate, or placement of the case back on the Court's active docket. A stay of proceedings in this case will benefit the parties and conserve the Court's resources while the parties pursue a potential administrative resolution. In accordance with Civil Local Rule 5(h)(3), the filer of this document attests

that all signatories listed herein concur in the filing of this document.

Dated: December 9, 2022                     Respectfully submitted,

                                            STEPHANIE M. HINDS
                                            United States Attorney

                                             /s/ Adrienne Zack
                                            ADRIENNE ZACK
                                            Assistant United States Attorney
                                            Attorneys for Defendants

Dated: December 9, 2022

                                            /s/ Joshua Goldstein
                                            JOSHUA L. GOLDSTEIN
                                            Attorney for Plaintiff

### [PROPOSED] ORDER

Pursuant to stipulation, IT IS SO ORDERED. The stay is extended through January 23, 2023, at which time the parties shall file a further status report.

Date:   December 9, 2022

                                            _____
                                            VIRGINIA K. DEMARCHI
                                            United States Magistrate Judge